**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

Inventergy, Inc.,

       Plaintiff,    **C.A. No.:  17-cv-196-VAC-CJB**

vs.

Apple Inc.,

       Defendant.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF APPLE UNDER RULE 41(a)(1)(A)(i)

       Plaintiff Inventergy, Inc., hereby voluntarily dismisses, without prejudice, sole defendant Apple Inc. under Federal Rule of Civil Procedure 41(a)(1)(A)(i). This rule allows the filing of this notice because Apple has not "serve[d] either an answer or a motion for summary judgment."

Dated: May 25, 2017    Respectfully submitted,

Of Counsel:    **FARNAN LLP**

Christopher A. Seidl    */s/ Brian E. Farnan*
Mary Pheng    Brian E. Farnan  (#4089)
**ROBINS KAPLAN LLP**    Michael J. Farnan (#5165)
800 LaSalle Avenue    919 North Market Street, 12th Floor
2800 LaSalle Plaza    Wilmington, DE  19801
Minneapolis, MN 55402    (302) 777-0300
(612) 349-8500    (302) 777-0301 (Fax)
(612) 339-4181    mfarnan@farnanlaw.com
CSeidl@RobinsKaplan.com    bfarnan@farnanlaw.com
MPheng@RobinsKaplan.com

Seth A. Northrop
Li Zhu
**ROBINS KAPLAN LLP**
2440 W. El Camino Real, Suite
100 Mountain View, CA 94040
Telephone: (650) 784-4040

Facsimile: (650) 784-4041
SNorthrop@RobinsKaplan.com
LZhu@RobinsKaplan.com

***ATTORNEYS FOR PLAINTIFF
INVENTERGY, INC.***